IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| SARA WHYTE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE NO. |
| v. | ) | |
| | ) | _____ |
| NATIONAL BOARD OF | ) | |
| MEDICAL EXAMINERS | ) | |
| | ) | |
| Defendant. | ) | |

## VERIFICATION

I, SARA WHYTE, after being duly sworn, states under oath that the facts contained in the attached complaint are true and correct.

This ___11___ day of May, 2018.

_____
SARA WHYTE

Sworn to and subscribed
before me this __11__ day
of ___May___, 2018:

_____
Notary Public

[Notary Seal: KATHRYN KNICKERBOCKER, NOTARY PUBLIC, CLARKE COUNTY, GA, Exp. Nov. 19, 2021]

My commission expires:
__November 19__, 20_18_.

1