# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| SARA WHYTE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL BOARD OF )<br>MEDICAL EXAMINERS )<br>)<br>Defendant. ) | CIVIL ACTION FILE NO.<br><br>_____ |

## MOTION FOR TEMPORARY RESTRAINING ORDER

COMES NOW, Plaintiff, and pursuant to F.R.C.P. 65 requests this Court to enter a temporary restraining order requiring Defendant to allow Plaintiff to sit for the USMLE Step 2 Clinical Knowledge with reasonable accommodations of:

a) Time and a half;

b) A quiet room;

c) Written directions;

d) Adequate breaks.

She shows that she is being irreparably harmed and is without adequate remedy at law.

1

Respectfully submitted,

/s/ Ralph Goldberg
Ralph Goldberg
Georgia Bar No. 299475

/s/ Laurene Cuvillier
Laurene Cuvillier
Georgia Bar No. 202922
Attorneys for Plaintiff

Goldberg & Cuvillier, P.C.
1400 Montreal Road, Suite 100
Tucker, Georgia 30084-6919
(770) 670-7343
(770) 670-7344 (FAX)
attorneygoldberg@hotmail.com
cuvillier@bellsouth.net