

National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3102

215-590-9500 phone
www.nbme.org

**Confidential**

April 30, 2018

Sara K. Whyte
127 Hart Ave
Athens, GA 30606

RE: USMLE Step 2 CK                    USMLE ID#: 5-316-720-1

Dear Ms. Whyte:

We have thoroughly reviewed the documentation provided in support of your request for test accommodations for the United States Medical Licensing Examination (USMLE) Step 2 Clinical Knowledge (CK). We conducted an individualized review of your request in accordance with the guidelines set forth in the amended Americans with Disabilities Act (ADA).

You report the basis of your request to be Attention-Deficit/Hyperactivity Disorder (ADHD) and Specific Learning Disorder in Reading diagnosed in 1988. In an undated personal statement received February 27, 2018 you write, *"I have a lifelong history of being an individual with disabilities which affect my performance on standardized tests. I am substantially limited in the major life activities of concentrating, reading, learning, and test-taking."*

Received with your current request for accommodations were copies of documents previously submitted and reviewed including your May and November 1999 SAT scores; a Student Accommodation Plan dated January 14, 1999 when you were in the 11th grade; and a copy of a USMLE Certification of Prior Test Accommodations dated December 4, 2013 signed by W. Scott Richardson, M.D. verifying that your medical school provided you the accommodations of 1.5 time and a separate room.

Accommodations are intended to provide access to the USMLE testing program for individuals with a documented disability as defined by the ADA. A diagnostic label, in and of itself, does not establish coverage under the ADA, nor does prior receipt of accommodations for a particular activity guarantee that identical accommodations are indicated or will be available in all future settings and circumstances. The ADA defines disability as a physical or mental impairment that substantially limits one or more major life activities compared to most people in the general population.

Your documentation does not demonstrate impaired functioning relative to most people in the general population or that standard testing conditions are a barrier to your access to the USMLE. Our thorough review of all of the documentation provided found no new substantive information or

evidence that alters our decisions communicated in our letters of November 1, 2017, October 6, 2016, and June 5, 2014.

We will advise Applicant Services to process your exam application without test accommodations. You may inquire at usmlereg@nbme.org or call Applicant Services directly at (215) 590-9700 with any questions about your scheduling permit.

Sincerely,

*Catherine Farmer*

Catherine Farmer, Psy.D.
Director, Disability Services
ADA Compliance Officer, Testing Programs