IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| SARA WHYTE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE NO. |
| v. | ) | |
| | ) | _____ |
| NATIONAL BOARD OF | ) | |
| MEDICAL EXAMINERS | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF COUNSEL

COMES, Ralph Goldberg, who certifies as follows:

1.

I have given notice to the defendant by emailing the complaint, motion for TRO, and Brief on May 11, 2018; by overnighting the same on May 11, 2018 and by mailing every document filed in the District Court on May 16, 2018.

2.

It is not my intent to request a TRO without notice to the opposing party and as soon as a hearing is set, I will endeavor to provide notice to Defendant. As of this moment, I do not know who their counsel will be.

1

This 16th day of May, 2018.

Respectfully submitted,

/s/ Ralph Goldberg
Ralph Goldberg
Georgia Bar No. 299475
Attorneys for Plaintiff

Goldberg & Cuvillier, P.C.
1400 Montreal Road, Suite 100
Tucker, Georgia 30084-6919
(770) 670-7343
(770) 670-7344 (FAX)
attorneygoldberg@hotmail.com

**Subject:** FedEx Shipment 780933812741 Delivered
**From:** TrackingUpdates@fedex.com (TrackingUpdates@fedex.com)
**To:** cuvillier@bellsouth.net;
**Date:** Monday, May 14, 2018 11:28 AM

This tracking update has been requested by:

Company Name: Goldberg & Cuvillier, PC
Name: 'not provided by requestor'
E-mail: cuvillier@bellsouth.net

Our records indicate that the following shipment has been delivered:

Ship date:              May 11, 2018
Signed for by:          J.WOOD
Delivery location:      Philadelphia, PA
Delivered to:           Receptionist/Front Desk
Delivery date:          Mon, 5/14/2018 11:26 am
Service type:           FedEx Priority Overnight
Packaging type:         FedEx Envelope
Number of pieces:       1
Weight:                 0.50 lb.
Special handling/Services: Deliver Weekday
Standard transit:       5/14/2018 by 10:30 am

Tracking number:        780933812741

Shipper Information          Recipient Information
Tucker                       Philadelphia
GA                           PA
US                           US

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 10:27 AM CDT on 05/14/2018.

All weights are estimated.

The shipment is scheduled for delivery on or before the scheduled delivery displayed above. FedEx does not determine money-back guarantee or delay claim requests based on the scheduled delivery. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx customer support representative.

To track the status of this shipment online, please use the following: https://www.fedex.com/apps/fedextrack/?action=track&tracknumbers=780933812741&language=en&opco=FX&clientype=ivother

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2018 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. You can access our privacy policy by searching the term on fedex.com. All rights reserved.

Thank you for your business.

## Outlook Mail

Ralph Goldberg

Search Mail and People

○ New |     Reply |     Delete     Archive     Junk |     Sweep     Move to

**Folders**

| Inbox | 8095 |
| Junk Email | 711 |
| Drafts | 495 |
| Sent Items | 158 |
| Deleted Items | 15 |

Archive
BKR.
Conversation History
Santhuff
Total Bankruptcy

### Fwd: Fw: [EXTERNAL] Step 2 CK

**GC**  **Goldberg Cuvillier**                                        Reply |
Today, 10:54 AM
You

It looks like you're using an ad blocker. To maximize the space in your inbox, sign up for Ad-Free Outlook.

John W. Elmore, Jr.
Legal Assistant

*Goldberg & Cuvillier, P.C.*
*Attorneys at Law*
*1400 Montreal Rd.*
*Suite 100*
*Tucker, GA 30084*
*Office: (770) 670-7343*
*Fax:  (770) 670-7344*

---------- Forwarded message ----------
From: **Whyte, Sara** <SWHYTE@augusta.edu>
Date: Tue, May 15, 2018 at 11:31 PM
Subject: Fw: [EXTERNAL] Step 2 CK
To: Goldberg Cuvillier <goldbergandcuvillier@gmail.com>

Mr. Goldberg,

I received this email today at 5PM.

Seth wanted me to tell you that he will be picking up the amended affidavit in the morning at 8AM and can be at your office by 9AM.

Thank you!

Sincerely,
Sara Whyte

---

**From:** disabilityservices@nbme.org <disabilityservices@nbme.org>
**Sent:** Tuesday, May 15, 2018 5:02 PM
**To:** Whyte, Sara
**Cc:** goldbergandcuvillier@gmail.com
**Subject:** [EXTERNAL] Step 2 CK

This is an external email. Use caution responding, opening attachments and following links.

ref:_00D46pfBg._500466QnNN:ref
Dear Ms. Whyte,
A letter dated May 11, 2018 with attachments from your attorney, Mr. Ralph Goldberg, has been forwarded to the Office of Legal Services for reply.
Sincerely
Catherine Farmer, Psy.D.
Director Disability Services
ADA Compliance Officer, Testing Programs
NBME

This email message and any attachments may contain privileged and/or confidential business information and are for the sole use of the intended recipient(s). Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please notify the sender immediately by reply email and destroy all copies of the original message and any attachments.

Upgrade to Premium