IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

SARA WHYTE,                          )
                                     )
              Plaintiff,             )
                                     )        CIVIL ACTION FILE NO.
v.                                   )
                                     )        _____
NATIONAL BOARD OF                    )
MEDICAL EXAMINERS                    )
                                     )
              Defendant.             )

## MOTION TO FILE DOCUMENTS UNDER SEAL

COMES NOW, Plaintiff, and moves to file the following documents in support of her motion for temporary restraining order under seal.

1) The testing from the Behavioral Institute of Georgia. (See paragraphs 7-9 of the complaint).

2) The testing of January 13, 1999. (See paragraphs 13-15 of the complaint).

3) The UGA evaluation from March 2015. (See paragraphs 20-34 of the complaint).

These records, while referred to in the complaint and somewhat in the brief, contain highly personal psychological evaluations and testing.

Wherefore Plaintiff prays that these records be sealed.[1]

_____

[1]Upon the filing of this motion, all of the enumerated records have been conveyed to Defendant.

1

Respectfully submitted,

/s/ Ralph Goldberg
Ralph Goldberg
Georgia Bar No. 299475

/s/ Laurene Cuvillier
Laurene Cuvillier
Georgia Bar No. 202922
Attorneys for Plaintiff

**Goldberg & Cuvillier, P.C.**
1400 Montreal Road, Suite 100
Tucker, Georgia 30084-6919
(770) 670-7343
(770) 670-7344 (FAX)
attorneygoldberg@hotmail.com
cuvillier@bellsouth.net