IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| SARA WHYTE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE NO. |
| v. | ) | |
| | ) | _____ |
| NATIONAL BOARD OF | ) | |
| MEDICAL EXAMINERS | ) | |
| | ) | |
| Defendant. | ) | |

## AFFIDAVIT

COMES NOW, Scott E. Miller, who after being duly sworn, deposes and says:

1.

I am over 18 and competent to give this affidavit.

2.

In March of 2015, I participated in the evaluation of Ms. Sara K. Whyte. At the time of the evaluation and at present I was and am a clinical psychologist with the University of Georgia Regents Center for Learning Disorders.

3.

The primary purpose of the evaluation was to establish if Ms. Whyte was eligible for academic accommodations for disabilities as allowed by the Georgia

Board of Regents and in accordance with Regents' guidelines for diagnosing learning disorders.

4.

Our conclusions were set out in a diagnostic summary and recommendations. A true and correct copy is attached to this affidavit.

This 14th day of May, 2018.

_____
Scott E. Miller

Sworn to and subscribed before me this 14th day of May, 2018:

_____
Notary Public

My commission expires:
August 8, 2020.

