# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| SARA WHYTE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE NO. |
| v. ) | |
| ) | 3:18-CV-62 |
| NATIONAL BOARD OF ) | |
| MEDICAL EXAMINERS ) | |
| ) | |
| Defendant. ) | |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served counsel of record for the opposing party in the foregoing matter with a copy of the **Affidavit of Scott E. Miller** by depositing in the United States Mail copies of the same in properly addressed envelopes with adequate postage thereon or by notification of electronic filing to:

Robert A. Burgoyne
700 13th Street, N.W., Suite 600
Washington, D.C. 20005-3960

This 17th day of May, 2018.

/s/ Ralph Goldberg
Ralph Goldberg
Georgia Bar No. 299475

/s/ Laurene Cuvillier
Laurene Cuvillier
Georgia Bar No. 202922
Attorneys for Plaintiff

Goldberg & Cuvillier, P.C.
1400 Montreal Road, Suite 100
Tucker, Georgia 30084-6919
(770) 670-7343
attorneygoldberg@hotmail.com
cuvillier@bellsouth.net