IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| **SARA WHYTE,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| v. | * | **Civil Action No.: 3:18-CV-00062-CAR** |
| | * | |
| **NATIONAL BOARD OF** | * | |
| **MEDICAL EXAMINERS,** | * | |
| | * | |
| **Defendant.** | * | |

## ENTRY OF APPEARANCE

COMES NOW, G. Grant Greenwood and Lee M. Gillis, Jr. of the Law Firm James Bates Brannan and Groover, LLP file this, their Entry of Appearance as attorneys of record for Defendant National Board of Medical Examiners, in the above-styled action.

This 18th day of May, 2018.

              /s/ *G. Grant Greenwood*
              G. GRANT GREENWOOD
              Georgia State Bar No. 309166
              */s/ Lee M. Gillis, Jr.*
              LEE M. GILLIS, JR.
              Georgia State Bar No. 217515

JAMES-BATES-BRANNAN-GROOVER-LLP
231 Riverside Drive, Suite 100
Macon, Georgia 31201
Telephone: (478) 742-4280
Facsimile: (478) 742-8720
ggreenwood@jamesbatesllp.com
lgillis@jamesbatesllp.com

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of the foregoing *Entry of Appearance for Defendant* with the Clerk of Court using the CM/ECF System, which will send notification of the filing to the following attorneys of record:

Ralph Goldberg, Esq.
Laurene Cuviller, Esq.
Goldberg & Cuvillier, PC
1400 Montreal Rd., Suite 100
Tucker, Georgia 30084-6919

Respectfully submitted this 18th day of May, 2018.

/s/ *G. Grant Greenwood*
G. GRANT GREENWOOD
Georgia State Bar No. 309166
*/s/ Lee M. Gillis, Jr.*
LEE M. GILLIS, JR.
Georgia State Bar No. 217515

JAMES-BATES-BRANNAN-GROOVER-LLP
231 Riverside Drive, Suite 100
Macon, Georgia 31201
Telephone:    (478) 742-4280
Facsimile:    (478) 742-8720
ggreenwood@jamesbatesllp.com
lgillis@jamesbatesllp.com