## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ATHENS DIVISION

| | |
|---|---|
| **SARA WHYTE,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| v. | *  **Civil Action No.: 3:18-CV-00062-CAR** |
| | * |
| **NATIONAL BOARD OF** | * |
| **MEDICAL EXAMINERS,** | * |
| | * |
| **Defendant.** | * |

## ENTRY OF APPEARANCE

COMES NOW, Lee M. Gillis, Jr. of the Law Firm James Bates Brannan and Groover, LLP file this, his Entry of Appearance as attorney of record for Defendant National Board of Medical Examiners, in the above-styled action.

This 18th day of May, 2018.

                                                       */s/ Lee M. Gillis, Jr.*
                                                       LEE M. GILLIS, JR.
                                                       Georgia State Bar No. 217515

       JAMES-BATES-BRANNAN-GROOVER-LLP
       231 Riverside Drive, Suite 100
       Macon, Georgia 31201
       Telephone:     (478) 742-4280
       Facsimile:      (478) 742-8720
       ggreenwood@jamesbatesllp.com
       lgillis@jamesbatesllp.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of the foregoing *Entry of Appearance for Defendant* with the Clerk of Court using the CM/ECF System, which will send notification of the filing to the following attorneys of record:

Ralph Goldberg, Esq.
Laurene Cuviller, Esq.
Goldberg & Cuvillier, PC
1400 Montreal Rd., Suite 100
Tucker, Georgia 30084-6919

Respectfully submitted this 18th day of May, 2018.

*/s/ Lee M. Gillis, Jr.*
LEE M. GILLIS, JR.
Georgia State Bar No. 217515

JAMES-BATES-BRANNAN-GROOVER-LLP
231 Riverside Drive, Suite 100
Macon, Georgia 31201
Telephone:  (478) 742-4280
Facsimile:  (478) 742-8720
ggreenwood@jamesbatesllp.com
lgillis@jamesbatesllp.com