IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| SARA WHYTE,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 3:18-cv-00062-CAR<br>)<br>)<br>)<br>)<br>)<br>) |

## NBME'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, defendant National Board of Medical Examiners (NBME) states that it is a non-profit corporation with no publicly issued stock and no parent corporation.

Dated: May 21, 2018              Respectfully submitted,

/s/ Lee M. Gillis, Jr.
LEE M. GILLIS, JR
Georgia State Bar No. 217515
James-Bates-Brannan-Groover-LLP
231 Riverside Drive
Macon, GA 31201
Telephone: 478-749-9942
lgillis@jamesbatesllp.com

Counsel for Defendant NBME

139929731.1

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of the foregoing *NBME's Rule 7.1 Disclosure Statement* with the Clerk of Court using the CM/ECF System, which will send notification of the filing to the following attorneys of record:

Ralph Goldberg, Esq.
Laurene Cuviller, Esq.
Goldberg & Cuvillier, PC
1400 Montreal Rd., Suite 100
Tucker, Georgia 30084-6919

Respectfully submitted this 21st day of May, 2018.

/s/ Lee M. Gillis, Jr.
LEE M. GILLIS, JR.
Georgia State Bar No. 217515
Counsel for Defendant NBME

JAMES-BATES-BRANNAN-GROOVER-LLP
231 Riverside Drive, Suite 100
Macon, Georgia 31201
Telephone:   (478) 742-4280
Facsimile:   (478) 742-8720
lgillis@jamesbatesllp.com