

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### ATHENS DIVISION
### AT MACON, GEORGIA

## MINUTE SHEET
## OF COURT PROCEEDINGS ( )

Date: 05/21/2018                     Type of Hearing:    TRO Hearing

Judge: C. Ashley Royal               Court Reporter:     Tammy DiRocco

Courtroom Deputy: Lee Anne Purvis    Law Clerk:          Anna Stangle

### Case Number: 3:18-cv-62(CAR)

Sara Whyte                           Counsel:            Laurene Cuvillier
                                                         Ralph Goldberg

        vs.

Nat'l. Board of Medical Examiners    Counsel:            Will Horkin
                                                         Lee Gillis
                                                         Robert Burgoyne, by phone

*Disclaimer: Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record. Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

**Court time for JS10/MJSTAR:1/31**

| Time | Event |
|---|---|
| 3:31 | Called to order. Preliminary remarks by the Court. The Court notes review of this case and makes its observations. |
| 3:33 | Argument by Ralph Goldberg. |
| 3:35 | Response by Lee Gillis. |
| 3:36 | The Court seeks clarification and hears from Goldberg. |
| 3:37 | Response by Lee Gillis. |
| 3:37 | The Court makes further observations. |
| 3:38 | Goldberg responds. |
| 3:39 | The Court continues with its observations. |
| 3:40 | Plaintiff addresses the Court. |
| 3:41 | The Court addresses the parties re: testimony by Plaintiff Sara Whyte and courtroom procedure. |
| 3:44 | Examination of Plaintiff Whyte by the Court. |
| 3:50 | The Court makes inquiry and hears from Goldberg. |
| 3:50 | Continuation of examination of Plaintiff Whyte by the Court. |
| 4:04 | Robert Burgoyne responds to the Court's inquiry. |
| 4:05 | The Court reviews test results and makes its observations. |

| Whyte v. NBME | Page 2 |
|---|---|
| 3:18-cv-62(CAR) | 05/21/2018 |

- 4:06   Ralph Goldberg responds.
- 4:07   Laurene Cuvillier responds.
- 4:08   The Court makes inquiry and hears from Goldberg.
- 4:15   Examination of Plaintiff Whyte by Lee Gillis.
- 4:17   The Court questions Plaintiff.
- 4:17   Argument by Lee Gillis.
- 4:19   Plaintiff Whyte responds.
- 4:19   Examination of Plaintiff Whyte by the Court.
- 4:23   Examination of Plaintiff Whyte by Lee Gillis.
- 4:23   Argument by Lee Gillis.  The Court questions the plaintiff.
- 4:25   Argument by Lee Gillis.
- 4:27   Response by Plaintiff.  Argument by Lee Gillis.
- 4:28   The Court makes inquiry and hears from Plaintiff.
- 4:33   The Court sets forth the legal issue and hears from Goldberg.
- 4:36   The Court sets forth excerpts from the 2016 report.
- 4:40   Robert Burgoyne responds.
- 4:41   The Court continues review of the 2016 report and hears from Goldberg.
- 4:47   Recess.
- 5:07   Reconvene.
- 5:08   The Court inquires into the TRO elements and hears from Lee Gillis.
- 5:12   Argument by Ralph Goldberg.
- 5:14   The Court makes further inquiry re: elements and hears from Ralph Goldberg.
- 5:17   Argument by Lee Gillis.
- 5:18   Argument by Ralph Goldberg.
- 5:22   Argument by Lee Gillis.
- 5:23   The Court makes its findings.  Plaintiff's Motion for TRO is GRANTED.
- 5:27   Adjourned.