IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| **SARA WHYTE,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**NATIONAL BOARD OF MEDICAL** )<br>**EXAMINERS,** )<br>)<br>**Defendant.** )<br>) | Case No. 3:18-cv-00062-CAR |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S
MOTION TO FILE DOCUMENTS UNDER SEAL**

Plaintiff Sara Whyte has filed a Motion to File Documents Under Seal (May 16, 2018) (ECF No. 3), relating to three documents that she has characterized as reflecting "psychological evaluations and testing." Defendant does not oppose Plaintiff's Motion.

Dated: May 30, 2018                               Respectfully submitted,

/s/ LEE M. GILLIS, JR.
Lee M. Gillis, Jr.
James-Bates-Brannan-Groover-LLP
231 Riverside Drive
Macon, GA 31201
Telephone: 478-749-9942
lgillis@jamesbatesllp.com

Counsel for Defendant NBME

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Response was filed via CM/ECF on May 30, 2018, which will send a Notice of Electronic Filing to counsel of record for plaintiff.

/s/ Lee M. Gillis, Jr.
Counsel for Defendant NBME

27740597.1