# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| SARA WHYTE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE NO. |
| v. ) | |
| ) | 3:18-CV-62 |
| NATIONAL BOARD OF ) | |
| MEDICAL EXAMINERS ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR ATTORNEYS' FEES

COMES NOW, Plaintiff, and respectfully moves for reasonable attorneys' fees and costs under 42 U.S.C. § 12205.

Respectfully submitted,

/s/ Ralph Goldberg
Ralph Goldberg
Georgia Bar No. 299475

/s/ Laurene Cuvillier
Laurene Cuvillier
Georgia Bar No. 202922
Attorneys for Plaintiff

**Goldberg & Cuvillier, P.C.**
1400 Montreal Road, Suite 100
Tucker, Georgia 30084-6919
(770) 670-7343
(770) 670-7344 (FAX)
attorneygoldberg@hotmail.com
cuvillier@bellsouth.net