IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| Sara Whyte, | : |
| | : Civil Action |
| Plaintiff, | : File No. |
| | : |
| v. | : |
| | : |
| National Board of Medical Examiners, | : |
| | : |
| Defendant. | : |

### AFFIDAVIT OF LAURENE CUVILLIER

COMES NOW Laurene Cuvillier, who, after being duly sworn, deposes and says:

1.

I am a 2001 graduate of John Marshall Law School, with an undergraduate B.A. from Emory University and an M. B. A. from Georgia State University. I am currently licensed to practice law in the State of Georgia, and have been so licensed continuously since 2004.

2.

In the last fourteen years, I have practiced in the firm of Goldberg & Cuvillier, P.C. All of my cases are in civil litigation in state and federal courts, usually in the areas of special education law, education law, civil rights law, and probate law.

1

3.

My normal hourly rate is now $350.00 an hour.

4.

I am a member of the U.S. District Court, Northern District of Ga., the U. S. District Court, Southern District of Ga., the Eleventh Circuit Court of Appeals, the Court of Appeals of Ga. and the Supreme Court of Georgia.

I have litigated, among other cases, In re Estate of Estes, 317 Ga. App. 241 (2012), and Henderson v. Henderson, 281 Ga. 553 (2007, and Lillian B. v. Gwinnett County School District, 631 Fed. Appx. 851 11th Cir. 2015) on remand 2016 WL8115395 (N. D. Ga. 2016), thereafter settled on appeal in Case #16-15505, and I.K., a minor, by Ikevias Davis as Next Friend v. Atlanta Neighborhood Charter School, Inc., et al, 1:15-CV- 250 MHC (N.D. Ga. 2015).

5.

I have not represented Sara Whyte in any other action prior to this case.

6.

Prior to attending law school, I represented students with disabilities in school situations as an advocate. After graduating from law school, I continued that type of representation as an attorney.

Since 2004, as an attorney I routinely represent students from age four through elementary, middle, and high school. My representation usually consists

of obtaining accommodations for them through IDEA and the Rehabilitation Act in everyday school situations and state level standardized testing. Most of these students had disabilities that affect learning, such as learning disabilities. However, some also have had physical disabilities for which they sought accommodations, such as in the case of <u>Lillian B. v. Gwinnett County School District, id.</u> In that case, the student had severe food allergies for which she sought accommodations.

Also since 2004, as an attorney I have represented high school, college, graduate, and professional school students with disabilities who seek accommodations at their universities for disabilities that affect learning such as learning disabilities and also for accommodations that are for physical impairments. I have also represented students with disabilities in high school, colleges, and graduate and professional schools who seek accommodations on national standardized tests, such as the SAT, GRE, MCAT, LSAT, bar exams, and the NBME.

7.

I have reviewed the time records attached for which compensation is sought. There are no redundant hours claimed. The time expended was not excessive in relation to the work required, nor was it unnecessary. Mr. Goldberg and I tried to split our tasks. Except for the initial interview, there was no duplication of hours.

The hours claimed therein are accurate and contemporaneous records of the time spent on this matter.

8.

Through May 30, 2018, I have expended 19.2 hours and I am requesting to be paid $5,288.

Further, affiant sayeth not.

Respectfully submitted,

*/s/ Laurene C. Cuvillier*
Laurene Cuvillier
Ga. Bar No. 202922

Goldberg & Cuvillier, P.C.
1400 Montreal Rd.
Suite 100
Tucker, Ga. 30084
770-670-7343
770-670-7344-FAX

Sworn to and subscribed before me
this __30__ day of __May__, 20__18__.

_____
NOTARY PUBLIC

My commission expires: __2/24/202__
NOTARY SEAL

4