DO NOT SEND PAYMENT WITH YOUR PETITION! ONCE ADMITTED, YOU MUST PAY FEES BY CREDIT CARD VIA CM/ECF.

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA

## PETITION FOR ADMISSION TO PLEAD AND PRACTICE

The Petition of **Laurene C. Cuvillier** respectfully shows that petitioner has been admitted to the Superior Courts as an attorney, Solicitor, and Counselor at Law for the State of Georgia and is now a member in good standing of the State Bar of Georgia, as evidenced by State Bar Number **202922**. Wherefore, the petitioner, after taking the below Oath of Admission, prays that he/she is admitted as an Attorney Solicitor and Proctor to plead and practice in the United States District Court for the Middle District of Georgia.

## OATH ON ADMISSION

I, **Laurene C. Cuvillier**, do solemnly swear, that as an attorney and as a counselor of this Court, I will conduct myself uprightly and according to law, and that I will support the Constitution of the United States of America. I further affirm that I have read the Standards of Conduct set forth in the Preamble to this district's Local Rules, and I will strive to comply with these standards in my practice before this Court.

ELECTRONIC FILING:

* Upon admission to plead, I understand that I will be registered to file electronically in the Middle District of Georgia. The password issued by the court combined with the login serves as and constitutes a legal signature. Registration as a user constitutes (a) consent to receive notice electronically where notice is required by statute or rule and waiver of notice by any other means; and (b) consent to electronic service and waiver of service by any other means, except for original process.

DATE: **May 23, 2018**

FULL SIGNATURE OF PETITIONER

**1400 Montreal Rd. E. Ste. 100**
LAW FIRM ADDRESS (Street or P.O. Box)

**Tucker, Ga. 30084   770-670-7343**
CITY, STATE & ZIP CODE   TELEPHONE #

**cuvillier@bellsouth.net**
EMAIL ADDRESS (Required)

---

3:18-cv-62

## ORDER

IT IS ORDERED that Petitioner is hereby admitted to plead and practice as Attorney, Solicitor, Counselor, and Proctor.

DATE: **4/23/2018**

s/David W Bunt
DAVID W. BUNT
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA