## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| SARA WHYTE,<br><br>        Plaintiff,<br><br>v.<br><br>NATIONAL BOARD OF MEDICAL<br>EXAMINERS,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  **Case No. 3:18-cv-00062-CAR**<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF APPEAL

Notice is hereby given that the National Board of Medical Examiners ("NBME"), Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Court's May 21, 2018 order and ruling, entered from the Bench and reflected in a transcript from the hearing (ECF No. 13), which granted Plaintiff's Motion for Temporary Restraining Order (ECF No. 2); and from the corresponding Minute Order of May 21, 2018 (ECF No. 12), entered May 24, 2018.

Dated: June 15th, 2018                    Respectfully submitted,

                                          /s/ LEE M. GILLIS, JR.
                                          Lee M. Gillis, Jr.
                                          James-Bates-Brannan-Groover-LLP
                                          231 Riverside Drive
                                          Macon, GA 31201
                                          Telephone: 478-749-9942
                                          lgillis@jamesbatesllp.com

                                          Counsel for Defendant NBME

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing Notice of Appeal, were filed via CM/ECF on

June 15, 2018, which will send a Notice of Electronic Filing to counsel of record for plaintiff,

which constitutes service.

/s/ LEE M. GILLIS, JR.
LEE M. GILLIS, JR.
Georgia State Bar No. 217515

Counsel for Defendant NBME

JAMES-BATES-BRANNAN-GROOVER-LLP
231 Riverside Drive, Suite 100
Macon, Georgia 31201
Telephone:     (478) 742-4280
Facsimile:     (478) 742-8720
lgillis@jamesbatesllp.com