## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ATHENS DIVISION

SARA WHYTE,                          )
                                     )
            Plaintiff,               )
                                     )        CIVIL ACTION FILE NO.
v.                                   )
                                     )        3:18-CV-62
NATIONAL BOARD OF                    )
MEDICAL EXAMINERS                    )
                                     )
            Defendant.               )

### AFFIDAVIT

COMES NOW, Ralph Goldberg, who, after being duly sworn, deposes and says:

1.

Since the motion for attorney fees I have spent 3.2 hours on the issue of attorney fees alone. I request that I be compensated at $350 an hour or $1120.

Respectfully submitted,

_Ralph Goldberg_

Ralph Goldberg
Georgia Bar No. 299475
Attorney for Plaintiff

Sworn to and subscribed before me
this 22nd day of June, 2018.

_Laurene C. Cuvillier_

NOTARY PUBLIC

My commission expires: July 28, 2019
NOTARY SEAL

LAURENE C. CUVILLIER
NOTARY PUBLIC
DEKALB COUNTY, GEORGIA

1

|  |  | Hours |
|---|---|---|
| 06/11/18 | Research for response | 1.4 |
| 06/19/18 | Response to attorney fees brief | <u>1.8</u> |
|  |  | 3.2 |