# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| SARA WHYTE,   )<br>   )<br>   Plaintiff,   )<br>   )<br>   v.   )<br>   )<br>NATIONAL BOARD OF   )<br>MEDICAL EXAMINERS,   )<br>   )<br>   Defendant.   )<br>   ) | Case No. 3:18-cv-00062-CAR |

## NOTICE OF DISMISSAL WITH PREJUDICE
## AND WITHDRAWAL OF MOTION FOR ATTORNEYS' FEES

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), notice is hereby given that Plaintiff dismisses this action, with prejudice. Plaintiff also hereby withdraws her Motion for Attorneys' Fees filed May 31, 2018 (ECF No. 15).

All parties will bear their own costs and attorneys' fees.

Dated: July 9, 2018

Respectfully submitted,

/s/ Ralph Goldberg
Ralph Goldberg
Georgia Bar No. 299475

Goldberg & Culliver, P.C.
1400 Montreal Road, Suite 100
Tucker, Georgia 30084-6919
(770) 670-7343
(770) 670-7344 (FAX)

140430368.1

- 2 -

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| **SARA WHYTE,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) ) **Case No. 3:18-cv-00062-CAR** |
| **NATIONAL BOARD OF MEDICAL EXAMINERS,** | ) ) ) |
| **Defendant.** | ) ) ) |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel of record for the opposing party in the foregoing matter with a copy of the **Notice of dismissal with prejudice and withdrawal of motion for attorneys' fees** by depositing in the United States Mail copies of the same in properly addressed envelopes with adequate postage thereon or by notification of electronic filing to:

Robert A. Burgoyne
700 13th Street, N.W., Suite 600
Washington, D.C. 20005-3960

Gordon Grant Greenwood
231 Riverside Dr.
Macon, Ga. 31201

Lee M. Gillis, Jr.
P.O. Box 4283
Macon, Ga. 31208-4283

- 3 -

                        This 9th day of July, 2018.

                                                        /s/ Ralph Goldberg
                                                        Ralph Goldberg
                                                        Georgia Bar No. 299475

**Goldberg & Cuvillier, P.C.**
1400 Montreal Road, Suite 100
Tucker, Georgia 30084-6919
(770) 670-7343
(770) 670-7344 (FAX)
attorneygoldberg@hotmail.com
cuvillier@bellsouth.net