## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| SARA WHYTE, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) Case No. 3:18-cv-00062-CAR |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

### STIPULATED DISMISSAL WITH PREJUDICE
### AND WITHDRAWAL OF MOTION FOR ATTORNEYS' FEES

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to dismissal of this action with prejudice.

Plaintiff also hereby withdraws her Motion for Attorneys' Fees filed May 31, 2018 (ECF No. 15).

All parties will bear their own costs and attorneys' fees.

- 2 -

Dated:  July 18, 2018　　　　　　　　　　　Respectfully submitted,

              *Ralph Goldberg*
              Ralph Goldberg
              GA Bar No. 299475
              Goldberg & Cuvillier, P.C.
              1400 Montreal Road, Suite 100
              Tucker, GA 30084-6919
              Telephone:  770-670-7343
              attorneygoldberg@hotmail.com

              Counsel for Plaintiff Sara Whyte


              */s/ Lee M. Gillis, Jr.*
              Lee M. Gillis, Jr.
              GA Bar No. 217515
              James-Bates-Brannan-Groover-LLP
              231 Riverside Dr.
              Macon, GA 31201
              Telephone:  478-749-9942
              lgillis@jamesbatesllp.com

              Robert A. Burgoyne
              Perkins Coie LLP
              700 13th St., NW
              Suite 600
              Washington, DC 20005
              Telephone:  202-654-1744
              rburgoyne@perkinscoie.com

              Counsel for Defendant NBME

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed via CM/ECF on July 18, 2018, which will send a Notice of Electronic Filing to counsel of record, which constitutes service.

/s/ Ralph Goldberg
Ralph Goldberg
GA Bar No. 299475
